

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2007

*Reassign to Clerk — White Plains, for reassignment, 10-28-07*
*Alt Hell*

**VIA FACSIMILE**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States* v. *Charles Lacy-Thompson*
            07 Cr. 988

Dear Judge Hellerstein:

      Enclosed please find a copy of the indictment in the above-captioned case.  The case was returned by the Grand Jury in Manhattan on October 24, 2007 and assigned to Your Honor.

      The crime charged in the indictment (*i.e.,* trafficking in counterfeit goods) occurred in predominant part in Westchester county.  Pursuant to Local Rule 22, the case may be reassigned to White Plains – either by motion of the defendant within 7 days or *sua sponte* by the Court – if Your Honor believes that such reassignment would be in the interest of justice or sound judicial administration.

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                               United States Attorney

             By:

                               Maria E. Douvas
                               Assistant United States Attorney
                               (212) 637-2327

cc:    Philip F. Foglia, Esq.