UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V
*Charles Lacy-Thompson*

Docket Number & Judge

7CR 988

**NOTICE OF APPEARANCE**

TO:   J. MICHAEL MCMAHON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. (   ) CJA         2. (✓) RETAINED         3. (   ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   (   ) NO    (   ) YES,

ADMISSION MO. ___ YR ___

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ____6/83____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: WHITE PLAINS, NEW YORK

11-7-07

SIGNATURE

X _____

Culleton, Marinaccio + Foglia
245 Main St
White Plains, NY 10601
914-761-0707