1.5 MILLION PRB SECURED BY HOME + POSSIBLE 24HR HOME SUPERVISION
2ND CO-SIGNOR BY 12MON 8/27/07
SURRENDED US + BRITISH PASSPORTS, NO NEW APPL.
4 HAS 10 DAYS FOR CONFESSION OF JUDGMENT FOR THE PROPERTY

AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

SOUTHERN _____ NEW YORK

UNITED STATES OF AMERICA

v.

CHARLES LACY-THOMPSON

Defendant

**APPEARANCE BOND**

FILED AUG 24 2007

CASE NUMBER: 07 M 1390

Duplicate Original
07 CR 986

Non−surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 1,500,000.00 _____, and there has been deposited in the Registry of the Court the sum of

$ _____ in cash or PROPERTY 131 LONG HILL RD (describe other security.) BRIAR CLIFF MANOR, N.Y. 10510

The conditions of this bond are that the defendant _____ CHARLES LACY-THOMPSON .
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. TRAVEL RESTRICTED TO SDNY/EDNY.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 8/24/07 at 300 QUARROPAS ST, W. PLAINS NY.
                        Date              Place

Defendant. _____

Surety. x _____  Address. 131 LONG HILL RD - BRIARCLIFF MANOR NY

Surety. _____  Address. 131 Long Hill Rd E, Briarcliff Manor, NY 914-923-2683

Address. 153 Washburn Rd, Briarcliff Mnr, NY 914-941-2086

Signed and acknowledged before me on 8/24/07
                                      Date

_____
Judicial Officer/Clerk

Approved: _____
              Judicial Officer





ROBERT ROGERS
DEPUTY-IN-CHARGE

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, WHITE PLAINS, NY 10709

WWW.NYSD.USCOURTS.GOV
(914) 390-4000

To: U.S. Attorney

From: Clerk of Court

In order to avoid any confusion when a person is approved by the U.S. Attorney to co-sign a bond, please complete this form and give it to the co-signor to deliver to the Clerk's Office. Thank you.

Defendant's name: _Charles Lacy-Thompson_

Case #: _07 Mag 1390_

Judge who defendant appeared before: _Fox_

Person from US Attorney's Office who approved Co-Signer:

_AUSA Brent Wible_ Tel # _993-1928_

Name & address of approved co-signor(s) (must have photo ID):

_Laura Lacy-Thompson_
_131 Longhill Rd. East_
_Briarcliff Manor, NY_

*Important Note* - If the co-signor is posting any monies on behalf of the defendant, please note the Court **does not accept cash.** All money posted as bail **MUST** be either a **certified check, bank check** or a **money order**. Attorney's checks will not be accepted for bail. Thank you!

i:\FINANCE\CO-SIGNBOND

ROBERT ROGERS
DEPUTY-IN-CHARGE

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET, WHITE PLAINS, NY 10709

WWW.NYSD.USCOURTS.GOV
(914) 390-4000

To: U.S. Attorney

From: Clerk of Court

In order to avoid any confusion when a person is approved by the U.S. Attorney to co-sign a bond, please complete this form and give it to the co-signor to deliver to the Clerk's Office. Thank you.

Defendant's name: _Charles Lacy-Thompson_

Case #: _07 Mag 1390_

Judge who defendant appeared before: _Fox_

Person from US Attorney's Office who approved Co-Signer:

_AUSA Brent Wible_ Tel # _914-993-1928_

Name & address of approved co-signor(s) (must have photo ID):

_Lisa Dumas_

_153 Washburn Rd._

_Briarcliff Manor NY 10510_

*Important Note* - If the co-signor is posting any monies on behalf of the defendant, please note the Court **does not accept cash.** All money posted as bail **MUST** be either a **certified check, bank check** or a **money order.** Attorney's checks will not be accepted for bail. Thank you!

i:\FINANCE\CO-SIGNBOND