Duplicate Original OTR 458

AO 100 (2/86) Agreement to Forfeit Property

U.S. DISTRICT COURT FILED AUG 24 2007 S.D. W.P. OF N.Y.

# United States District Court

__Southern__ DISTRICT OF __New York__

UNITED STATES OF AMERICA

v.

__Charles Lacy-Thompson__
Defendant

**AGREEMENT TO FORFEIT PROPERTY**

Case Number: __07 M 1390__

I/we, the undersigned, acknowledge pursuant to 18 U.S.C.§3142(c)(2)(K) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property: __131 Long Hill Rd. East Briarcliff, Manor, N.Y. 10510__

and there has been posted with the court the following indicia of my/our ownership of the property: __10 Days to File__

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant __Charles Lacy-Thompson__
(name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __8/24/07__ at __300 Quarropas St, White Plains N__
(date)                              (place)

Defendant _[signature]_ Address __131 Long Hill Rd E Briarcliff Manor NY__
Owner(s)/ _[Lacy Thompson signature]_ Address __131 Long Hill Rd E, Briarcliff Manor, NY__
Obligor(s) _____ Address _____
_____ Address _____

Signed and acknowledged before me on __8/24/07__
                                          (date)
                                          _[signature]_
                                          (Judicial Officer/Clerk)

Approved: _____
(Judicial Officer)

98 (Rev. 8/85) Appearance Bond (Reverse)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at  131 Long Hill Rd E Briarcliff Manor, NY 10510 ; and that my net worth is the sum of One million + Five hundred thousand dollars ($ 1,500,000 ).

I further state that There are no liens against this property

_____
Surety

Sworn to before me and subscribed in my presence on  8/27/07
Date

at  USDC White Plains, NY 10601
Place

Johnny Martinez / Deputy Clerk                    _____
Name and Title                                     Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at _____
Place

_____  _____
Name and Title            Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer