```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        -v-                      :      GOVERNMENT'S FORFEITURE
                                 :      BILL OF PARTICULARS
CHARLES LACY-THOMPSON,           :
                                 :      07 Cr. 988 (SCR)
              Defendant.         :
- - - - - - - - - - - - - - - - x
```

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in the Indictment, as alleged in the Forfeiture Allegation, includes but is not limited to the following:

        $153,980.96 seized from account number ▮▮▮▮3805, held in the name of Charles D. Lacy Thompson at JP Morgan Chase Bank, New York, NY,

        $244,428.18 seized from account number ▮▮▮▮7565, held in the name of Charles D. Lacy Thompson, Laura Ann Lacy Thompson TTEE, Coletronic Computer Inc. Pen. Pl. at Park Avenue Securities, Care of Strategies for Wealth,

Dated:    New York, New York
            February 25, 2008

                                        Respectfully Submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                            By: /s/ Maria Douvas
                                    MARIA DOUVAS
                                    Assistant United States Attorney
                                    Tel: (212)637-2327

## AFFIRMATION OF SERVICE

I, ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

That on February 25, 2008 I caused one copy of the attached Forfeiture Bill of Particulars to be delivered by certified mail to:

    Philip F. Foglia, Esq.
    Culleton, Marinaccio & Foglia
    245 Main Street
    White Plains, NY 10601

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
            February 25, 2008

                                          */s/ Anna E. Arreola*
                                          ANNA E. ARREOLA