Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                          :
UNITED STATES OF AMERICA
                          :
      -v-                   ORDER PURSUANT TO
                          :       21 U.S.C. § 853
CHARLES LACY-THOMPSON,
                          :       07 Cr. 988 (SCR)

          Defendant.   :
- - - - - - - - - - - - - - - - x

       WHEREAS, the Government has moved for an Order authorizing the Government and its agencies to maintain custody of the property described below pending the conclusion of the above-referenced criminal case:

> $153,980.96 seized from account number ████3805, held in the name of Charles D. Lacy Thompson at JP Morgan Chase Bank, New York, NY,

> $244,428.18 seized from account number ████7565, held in the name of Charles D. Lacy Thompson, Laura Ann Lacy Thompson TTEE, Coletronic Computer Inc. Pen. Pl. at Park Avenue Securities, Care of Strategies for Wealth,

(collectively, the "Subject Funds");

       WHEREAS, the Subject Funds are already in the lawful custody of the Government; and

       WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Funds throughout the pending criminal case so that they will be available for forfeiture; and

       WHEREAS, the Subject Funds are alleged to be forfeitable to the United States pursuant to Section 2320(b)(3)(A) of Title 18, United States Code; and

WHEREAS, Section 2320 of Title 18, United States Code, provides that "the forfeiture of property under [18 U.S.C. § 2320(b)(3)(A)], including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the procedures set forth in" Section 853 of Title 21, United States Code, except subsection (d); and

WHEREAS, 21 U.S.C. § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Federal Bureau of Investigation and/or the U.S. Marshals Service, are authorized to maintain and preserve the Subject Funds until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated:   New York, New York
         February 27, 2008

SO ORDERED:

_____
HONORABLE STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK