UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :   ORDER
         - v. -               :
                              :   07 Cr. 988 (SCR)
CHARLES LACY THOMPSON,        :
                              :
              Defendant.      :
                              :
- - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable James C. Francis IV, United States Magistrate Judge, on April 30, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty knowingly and voluntarily, and that there is a factual basis for the guilty plea;

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:   May 8, 2008
         New York, New York

                                    _____
                                    HONORABLE STEPHEN C. ROBINSON
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: